UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| AUDREY L. BESSERMAN, | ) | |
| Plaintiff, | ) ) | 2:11-cv-1340-KJD-VCF |
| vs. | ) ) | |
| THE COMMERCIAL FINANCE GROUP, | ) ) ) | O R D E R |
| Defendant, | ) ) | |

This matter is before the undersigned Magistrate Judge on Defendant's Motion For a Continuance of the Early Neutral Case Evaluation Session Set for April 11, 2012, in Light of Defendant CFG's Pending Motion to Dismiss (#16).

The Court having considered the Motion (#16) and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant's Motion For a Continuance of the Early Neutral Case Evaluation Session Set for April 11, 2012, in Light of Defendant CFG's Pending Motion to Dismiss (#16) is DENIED.

IT IS FURTHER ORDERED that the Early Neutral Evaluation hearing set for April 11, 2012, shall proceed as scheduled.

DATED this  28th  day of March, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge