Edgar Carranza, Esq.
Nevada State Bar No. 5902
**BACKUS, CARRANZA & BURDEN**
3050 S. Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545 facsimile
ecarranza@backuslaw.com

Attorneys for Defendant
CALIFORNIA FACTORS & FINANCE
(ARIZONA), INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AUDREY L. BESSERMAN,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA FACTORS AND FINANCE (ARIZONA), INC., a Arizona Corporation dba COMMERCIAL FACTORS of PHOENIX, also dba; COMMERCIAL FINANCE GROUP, INC. NATIONWIDE TRANSPORT FINANCE, LLC; DOES I through V, and ROE CORPORATIONS I through X,<br><br>Defendants. | Case No.   2:11-cv-01340-JAD-VCF |

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

Defendant, CALIFORNIA FACTORS & FINANCE (ARIZONA), INC. (referred to herein as "California Factors"), by and through counsel, Edgar Carranza, Esq. of the law firm of BACKUS, CARRANZA & BURDEN, and plaintiff, AUDREY BESSERMAN, by and through counsel Althea Gilkey, Esq. and hereby stipulate as follows:

. . . .

. . . .

1.      Plaintiff, AUDREY BESSERMAN filed her original complaint on or about August 17, 2011, and subsequently filed her first amended complaint on July 19, 2012. Defendant, CALIFORNIA FACTORS & FINANCE (ARIZONA), INC. (referred to herein as "California Factors"), filed its answer to the first amended complaint on or about June 7, 2013.

2.      On November 20, 2013, Plaintiff filed her second amended complaint. California Factors filed its answer to the second amended complaint on November 22, 2013.

3.      Plaintiff and California Factors (hereinafter referred to as "the Parties") have engaged in limited discovery due to Plaintiff's health.

4.      The Parties have been able to reach a mutually acceptable resolution to this matter which is more fully memorialized in the Settlement and Release Agreement executed by the Parties contemporaneous to the entry of this dismissal. In pertinent part, the resolution is based on the following material terms:

    a.      Because of her health concerns Plaintiff hereby agrees to dismiss this action with prejudice;

    b.      Neither California Factors, nor any related or affiliated person or entity, will be required to pay any monies or other compensation in exchange for the dismissal of this case; and

    c.      The Parties will bear their own attorney's fees and costs related to this litigation.

5.      The parties also hereby stipulate, and this court hereby orders, that this settlement is deemed a good faith settlement pursuant to NRS 17.245. Therefore, any and all claims and potential claims by any other party against California Factors are hereby extinguished.

. . . .

. . . .

6. For the above-outlined reasons, the parties hereby stipulate to dismiss the present litigation, with prejudice.

DATED this 30th day of June, 2014.                    DATED this 30th day of June, 2014.

**BACKUS, CARRANZA & BURDEN**                              **Althea Gilkey, Chtd.**

By: /s/ Edgar Carranza                                     By: /s/ Althea Gilkey
    Edgar Carranza, Esq.                                       Althea Gilkey, Esq.
    3050 S. Durango Drive                                      2980 S. Rainbow Blvd.
    Las Vegas, NV 89117                                        Las Vegas, NV 89146
    Attorneys for Defendant                                    Attorneys for Plaintiff
    CALIFORNIA FACTORS & FINANCE                               AUDREY L. BESSERMAN
    (ARIZONA), INC.

### ORDER

Based on the parties' stipulation,

**IT IS HEREBY ORDERED** that this case is DISMISSED with prejudice, each side to bear its own fees and costs.

Dated: June 30, 2014.

_____
United States District Judge

3